ACCEPTED
15-25-00215-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/4/2025 11:57 AM
CHRISTOPHER A. PRINE
CLERK

CAUSE NO. 15-25-00215-CV

In the Fifteenth Court of Appeals of Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/4/2025 11:57:04 AM
CHRISTOPHER A. PRINE
Clerk

SAMSUNG AUSTIN SEMICONDUCTOR, LLC
*Appellant*,

v.

KEN PAXTON, ATTORNEY GENERAL OF TEXAS, TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, AND KELLY KEEL, EXECUTIVE DIRECTOR OF THE TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,
*Appellees*.

On Appeal from the 200th District Court of Travis County, Texas

APPELLEE KEN PAXTON, ATTORNEY GENERAL OF TEXAS'S MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

Ken Paxton, Attorney General of Texas, asks the Court to extend the time to file the Appellee's Brief.

## Introduction

1. Appellant is Samsung Austin Semiconductor, LLC.

2. Appellees are Ken Paxton, Attorney General of Texas, and the Texas Commission on Environmental Quality, and Kelly Keel, Executive Director of the Texas Commission on Environmental Quality.

3.     Counsel for Texas Commission on Environmental Quality, and Kelly Keel, Executive Director of the Texas Commission on Environmental Quality and Samsung Austin Semiconductor, LLC, do not oppose this motion.

### Argument & Authorities

4.     The Court may grant a motion to extend time under Texas Rule of Appellate Procedure Rule 10.5(b).

5.     Samsung Austin Semiconductor filed the Appellant's Brief on December 2, 2025. Thus, the deadline to file this motion to extend is January 2, 2026.

6.     The Office of the Attorney General of Texas requests an additional thirty-one days to file the Appellee's Brief, extending the due date to February 2, 2026.

7.     The Office of the Attorney General needs more time to prepare its brief because of the upcoming Christmas holidays. The Office of the Attorney General will be closed during some of this time. Undersigned counsel, and the senior assistant attorneys general who will need to review and approve the brief will also be on vacation during this time.

8. The Court has not previously granted an extension regarding this Appellee's Brief. Prior to transferring the case, the Third Court of Appeals granted two motions to extend time for Samsung Austin Semiconductor to file its Appellant's Brief.

## Conclusion & Prayer

9. Due to the upcoming Christmas holiday, Ken Paxton, Attorney General of Texas, requests an extension of time to file the Appellee's brief until February 2, 2026.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

Martin Cohick
State Bar No. 24134042
Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 936-1317
martin.cohick@oag.texas.gov

ATTORNEYS FOR APPELLEE KEN PAXTON, ATTORNEY GENERAL OF TEXAS

## CERTIFICATE OF CONFERENCE

I certify that on December 3, 2025, I conferred with the attorneys for the Texas Commission on Environmental Quality, Kelly Keel, Executive Director of the Texas Commission on Environmental Quality, and Samsung Austin Semiconductor, LLC. They do not oppose this motion.

Martin Cohick
Assistant Attorney General

# CERTIFICATE OF SERVICE

I certify that on December 4, 2025, a true and correct copy of the above and foregoing document has been served to the following party of record via electronic service and/or electronic mail:

Danica L. Milios
State Bar No. 00791261
Jack E. Skaggs
State Bar No. 24051345
Anne Derrig
State Bar No. 24112764
Jackson Walker L.L.P.
100 Congress Avenue, Suite 1100
Austin, Texas 78701
Telephone:(512) 236-2000
Facsimile: (512) 236-2002
dmilios@jw.com
jskaggs@jw.com
aderrig@jw.com

ATTORNEYS FOR PLAINTIFF
SAMSUNG AUSTIN
SEMICONDUCTOR, LLC

Kimberly Gdula
State Bar No. 24052209
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:(512) 475-4071
Facsimile: (512) 320-0667
kimberly.gdula@oag.texas.gov

ATTORNEY FOR DEFENDANTS
TCEQ,
AND KELLY KEEL, EXECUTIVE
DIRECTOR OF TCEQ

Martin Cohick
Assistant Attorney General

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Paul Pruneda on behalf of Martin Cohick
Bar No. 24134042
paul.pruneda@oag.texas.gov
Envelope ID: 108715424
Filing Code Description: Motion
Filing Description: 2025 1204 OAG Motion to Extend Time
Status as of 12/4/2025 12:30 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jack Skaggs | | jskaggs@jw.com | 12/4/2025 11:57:04 AM | SENT |
| Danica Milios | | dmilios@jw.com | 12/4/2025 11:57:04 AM | SENT |
| Kimberly Gdula | 24052209 | kimberly.gdula@oag.texas.gov | 12/4/2025 11:57:04 AM | SENT |
| Martin Cohick | 24134042 | martin.cohick@oag.texas.gov | 12/4/2025 11:57:04 AM | SENT |

Associated Case Party: Ken Paxton, Attorney General of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Paul Pruneda | | paul.pruneda@oag.texas.gov | 12/4/2025 11:57:04 AM | SENT |

Associated Case Party: Samsung Austin Semiconductor, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Anne Derrig | 24112764 | aderrig@jw.com | 12/4/2025 11:57:04 AM | SENT |